# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIN, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, BUREAU OF LAND MANAGEMENT,<br><br>        Defendant. | Case No.  1:20-cv-01359-NONE-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |

On September 29, 2020, the order issued setting the mandatory scheduling conference in this action for December 18, 2020. (ECF No. 5.) On December 1, 2020, the parties filed a stipulation to extend the time for Defendant to file a responsive pleading to December 30, 2020. (ECF No. 7.) Therefore, the mandatory scheduling conference shall be continued to allow for the responsive pleading to be filed.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for December 18, 2020, is CONTINUED to **February 2, 2021, at 10:30 a.m.** in Courtroom 9; and

2. The parties shall file joint scheduling report at least seven (7) calendar days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: __**December 2, 2020**__

UNITED STATES MAGISTRATE JUDGE

1